UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROBERT W SMOLEN § Case No. 16-35632
§
      Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,200.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,200.00 |
| Total Distributions to Claimants: 4,771.93 | Claims Discharged<br>Without Payment: 48,869.57 |
| Total Expenses of Administration: 2,959.74 | |

    3) Total gross receipts of $ 7,731.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,731.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,959.74 | 2,959.74 | 2,959.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,790.00 | 26,851.50 | 26,851.50 | 4,771.93 |
| **TOTAL DISBURSEMENTS** | $ 26,790.00 | $ 29,811.24 | $ 29,811.24 | $ 7,731.67 |

4) This case was originally filed under chapter 7 on 11/08/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017          By: /s/KAREN R. GOODMAN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POLICY THROUGH PRUDENTIAL - 2 ADULT CHILDREN (NON-DEPENDENTS | 1129-000 | 7,731.67 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,731.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 1,523.17 | 1,523.17 | 1,523.17 |
| Associated Bank | 2600-000 | NA | 56.57 | 56.57 | 56.57 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 1,380.00 | 1,380.00 | 1,380.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,959.74 | $ 2,959.74 | $ 2,959.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, PO Box 982238 El Paso, TX 79998 | | 16,148.00 | NA | NA | 0.00 |
| | Chase, PO Box 15298 Wilmington, DE 19850 | | 8,470.00 | NA | NA | 0.00 |
| | Macys, PO Box 8218 Mason, OH 45040 | | 2,172.00 | NA | NA | 0.00 |
| 2 | BANK OF AMERICA | 7100-000 | NA | 16,148.00 | 16,148.00 | 2,869.75 |
| 3 | CHASE | 7100-000 | NA | 8,470.00 | 8,470.00 | 1,505.25 |
| 1 | FEDERATED DEPARTMENT STORE | 7100-000 | NA | 2,233.50 | 2,233.50 | 396.93 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,790.00 | $ 26,851.50 | $ 26,851.50 | $ 4,771.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-35632 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | ROBERT W SMOLEN | | | | Date Filed (f) or Converted (c): | 11/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/07/2016 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 04/03/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FURNISHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 2. 2 TV'S, MISC | 250.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING - BANK OF AMERICA | 4,300.00 | 0.00 | | 0.00 | FA |
| 6. PENSION (SEE SCHEDULE I) | Unknown | Unknown | | 0.00 | FA |
| 7. POLICY THROUGH PRUDENTIAL - 2 ADULT CHILDREN (NON-DEPENDENTS | 7,717.00 | 0.00 | | 7,731.67 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $13,117.00   $0.00   $7,731.67   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Review claims, determine if tax return must be filed; file TFR.

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-35632 | Trustee Name: KAREN R. GOODMAN | |
| Case Name: ROBERT W SMOLEN | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3326 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4401 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/17 | 7 | Prudential | Cash surrender value of life insurance policy | 1129-000 | $7,731.67 | | $7,731.67 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.12 | $7,720.55 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.48 | $7,709.07 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.09 | $7,697.98 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.45 | $7,686.53 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.43 | $7,675.10 |
| 11/02/17 | 101 | Karen R. Goodman<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated October 31, 2017 | 2100-000 | | $1,523.17 | $6,151.93 |
| 11/02/17 | 102 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601 | Compensation to Counsel for Trustee per Court Order of October 31, 2017 | 3110-000 | | $1,380.00 | $4,771.93 |
| 11/02/17 | 103 | FEDERATED DEPARTMENT STORE<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | First and Final Distribution for Claim No. 1 per court Order dated October 31, 2017 | 7100-000 | | $396.93 | $4,375.00 |
| 11/02/17 | 104 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998 | First and Final Distribution for Claim No. 2 per court Order dated October 31, 2017 | 7100-000 | | $2,869.75 | $1,505.25 |
| 11/02/17 | 105 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | First and Final Distribution for Claim No. 3 per court Order dated October 31, 2017 | 7100-000 | | $1,505.25 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,731.67 | $7,731.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $7,731.67 | $7,731.67 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | |
|---|---:|---:|
| Subtotal | $7,731.67 | $7,731.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,731.67 | $7,731.67 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3326 - Checking | $7,731.67 | $7,731.67 | $0.00 |
|  | $7,731.67 | $7,731.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,731.67 |
| Total Gross Receipts: | $7,731.67 |